UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LORI A. MODY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:07CV428 |
| ENTERPRISE INFORMATION MANAGEMENT, INC., et al., | ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANT DAVID B. SPRENKLE'S
## RULE 12(b)(6) MOTION TO DISMISS COMPLAINT

Defendant David B. Sprenkle, by counsel, hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Counts I – VI of the Complaint for failure to state claims upon which relief can be granted. The grounds for this Motion are more fully set forth and described in the supporting Memorandum filed herewith.

DATED: June 19, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____/s/_____
John P. Rowley III, VSB No. 19804
Jennifer E. Dure, VSB No. 48247
1600 Tysons Blvd., Suite 700
McLean, VA 22102
703-720-8600
720-720-8610 (Facsimile)
john.rowley@hklaw.com
jennifer.dure@hklaw.com

Counsel for Defendant David B. Sprenkle

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF), to the following:

Hugh Marbury
Mitka Baker
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, MD 21209

Counsel for Plaintiffs

David W. Goewey
Vincent E. Verrocchio
VENABLE LLP
575 7th Street NW
Washington, DC 20004

Counsel for Defendants
Enterprise Information Management, Inc.
and Bruce K. Lyman

Gary Adler
John McDermott
ROETZEL & ANDRESS
1300 Eye Street, NW
Suite 400 East
Washington D.C. 20005

Counsel for Defendant Brett M. Pfeffer

I also certify that I sent a copy of the foregoing to the above via first-class mail, postage prepaid.

_____/s/_____
Jennifer E. Dure

# 4616608_v1