UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LORI A. MODY, et al., <br><br>      Plaintiffs, <br><br> v. <br><br> ENTERPRISE INFORMATION MANAGEMENT, INC., et al., <br><br>      Defendants. | CIVIL ACTION NO. 1:07CV428 |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiffs Lori Mody and Win2, LLC, by and through counsel, voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: July 10, 2007         By:  _____/s/_____
                                               Hugh Marbury
                                               Mitka Baker (Bar No. 67925)
                                               DLA PIPER US LLP
                                               6225 Smith Avenue
                                               Baltimore, MD  21209
                                               Telephone:  410.580.3000
                                               Facsimile:  410.580.3001
                                               hugh.marbury@dlapiper.com
                                               mitka.baker@dlapiper.com

                                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of July, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John J. McDermott
4300 Wilson Boulevard, Suite 400
Arlington, VA  22203
jmcdermott@naahq.org

John P. Rowley III
Jennifer E. Dure
Holland & Knight
1600 Tysons Boulevard, Suite 700
McLean, VA  22101
john.rowley@hklaw.com

David W. Goewey (Bar No. 27917)
Venable LLP 575
7th Street, NW
Washington, DC  20004-1601
dwgoewey@venable.com

and I hereby certify that I will mail documents by first class mail, postage prepaid, to the following:

Gary C. Adler
Roetzel & Andress
1300 Eye Street N.W., Suite 400 East
Washington, D.C. 20005

                                                            /s/
                                              Hugh Marbury
                                              Mitka T. Baker (Bar No. 67925)
                                              DLA PIPER US LLP
                                              6225 Smith Avenue
                                              Baltimore, MD  21209
                                              Telephone:  410.580.3000
                                              Facsimile:  410.580.3001
                                              hugh.marbury@dlapiper.com
                                              mitka.baker@dlapiper.com

                                              *Attorneys for Plaintiffs*